Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 07-05292   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MILLER, TIMOTHY R. | Date Filed (f) or Converted (c): | 03/24/07 (f) |
| | | 341(a) Meeting Date: | 04/26/07 |
| For Period Ending: | 01/22/08 | Claims Bar Date: | 08/01/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH  Debtor Claimed Exemption | 20.00 | 0.00 | | 0.00 | 0.00 |
| 2. CHECKING ACCOUNT HARRIS BANK ELK GROVE VILLAGE, IL  Debtor Claimed Exemption | 1,010.68 | 0.00 | DA | 0.00 | 0.00 |
| 3. CHECKING ACCOUNT HARRIS BANK ELK GROVE VILLAGE, IL  DEBTOR TURNED OVER FUNDS AT 341 | 10,000.00 | 0.00 | | 10,000.00 | 0.00 |
| 4. SAVINGS HARRIS TRUST BANK ELK GROVE VILLAGE, IL #0  Debtor Claimed Exemption | 1,639.00 | 0.00 | DA | 0.00 | 0.00 |
| 5. USED FURNITURE | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. USED CLOTHING  Debtor Claimed Exemption | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 7. 2003 GMAC PICK UP TRUCK  Debtor Claimed Exemption | 18,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 8. 2004 GMAC SILVERADO TRUCK | 20,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 9. DESK | 100.00 | 0.00 | | 0.00 | 0.00 |
| 10. HONDA ATV | 5,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11. LAWN MOWER | 4,000.00 | Unknown | DA | 0.00 | 0.00 |
| 12. SMALL MACHINERY  Debtor Claimed Exemption | 800.00 | Unknown | DA | 0.00 | 0.00 |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 56.69 | Unknown |
| 14. 1991 CHEVY GMT-400 | 2,500.00 | Unknown | DA | 0.00 | 0.00 |
| 15. 1999 TEXAS BRAGG TRAILER | 1,000.00 | Unknown | DA | 0.00 | 0.00 |
| 16. 2004 TEXAS BRAGG TRAILER | 400.00 | Unknown | DA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $64,769.68 | $0.00 | | $10,056.69 | $0.00 |

Gross Value of Remaining Assets

LFORM1    Ver: 12.61a

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:    07-05292    PSH    Judge: PAMELA S. HOLLIS
Case Name:  MILLER, TIMOTHY R.

Trustee Name:                   ANDREW J. MAXWELL, TRUSTEE
Date Filed (f) or Converted (c): 03/24/07 (f)
341(a) Meeting Date:             04/26/07
Claims Bar Date:                 08/01/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor turned over $10,000 at 341 from bank accounts
INVESTIGATED LIENS ON TITLED AND UNTITLED EQUIPMENT AND VEHICLES

Initial Projected Date of Final Report (TFR): 06/30/08      Current Projected Date of Final Report (TFR): 06/30/08

LFORM1                                                                                      Ver: 12.61a