IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| MILLER, TIMOTHY R. | ) | CASE NO. 07-05292-PSH |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held
    At:   U.S. Bankruptcy Court
          219 South Dearborn Street, Courtroom 644
          Chicago, IL 60604         On: **March 25, 2008**    Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                                $10,056.69
    Disbursements                                 $0.00
    Net Cash Available for Distribution     $10,056.69

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Prev. Paid | Fees Now Requested | Exp Now Requested |
|---|---|---|---|
| ANDREW J. MAXWELL, Trustee | $0.00 | $1,755.67 | $0.00 |
| MAXWELL & POTTS, LLC, Tr Atty | $0.00 | $2,045.50 | $12.22 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $30,020.57 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 20%. Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 4 | DEPT OF THE TREASURY IRS | $30,020.57 | $6,243.30 |

7. Claims of general unsecured creditors totaling $28,453.17 have been allowed. After the *pro rata* payment of priority claims there will be no funds available for distribution to general unsecured claimants.

Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | CHASE BANK USA, N.A. | $23,253.57 | $0.00 |
| 4 | DEPT OF THE TREASURY IRS | $5,199.60 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

| Name of Property | |
|---|---|
| CHECKING ACCOUNT HARRIS BANK ELK GROVE VILLAGE, IL | $1,010.68 |
| SAVINGS HARRIS TRUST BANK ELK GROVE VILLAGE, IL #0 | $1,639.00 |
| USED FURNITURE | $200.00 |
| 2003 GMAC PICK UP TRUCK | $18,000.00 |
| 2004 GMAC SILVERADO TRUCK | $20,000.00 |
| HONDA ATV | $5,000.00 |
| LAWN MOWER | $4,000.00 |
| SMALL MACHINERY | $800.00 |
| 1991 CHEVY GMT-400 | $2,500.00 |
| 1999 TEXAS BRAGG TRAILER | $1,000.00 |
| 2004 TEXAS BRAGG TRAILER | $400.00 |

Dated: **February 27, 2008**                                          For the Court,

                By: **KENNETH S. GARDNER**
                  Kenneth S. Gardner
                  Clerk of the U.S. Bankruptcy Court
                  219 S. Dearborn Street; 7th Floor
                  Chicago, IL 60604

| | |
|---|---|
| Trustee: | Andrew J. Maxwell |
| Address: | 105 W. Adams |
| | Suite 3200 |
| | Chicago, IL  60603 |
| Phone No.: | (312) 368-1138 |

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1            User: amcc7                   Page 1 of 1             Date Rcvd: Feb 27, 2008
Case: 07-05292                  Form ID: pdf002               Total Served: 17


The following entities were served by first class mail on Feb 29, 2008.
db         +Timothy R. Miller,    715 Center St.,    Elk Grove Village, IL 60007-5228
aty        +Gregory J Martucci,    Law Office Of Gregory J. Martucci,     203 E. Irving Park Rd.,
             Roselle, IL 60172-2004
tr         +Andrew J Maxwell, ESQ,     Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
             Chicago, IL 60603-6209
11259795   ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
             (address filed with court: Honda Financial Services,      P.O. Box 105027,
             Atlanta, GA   30348-5027)
11259786   +Advanced Acceptance,     100 Prairie Center Drive,    Eden Pairie, MN 55344-5452
11259787    Advanta Bank Corporation,     P.O. Box 30715,    Salt Lake City, UT   84130-0715
11259788    Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
11259789    Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
11395049   +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,     2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
11422081    Chase Bank USA, N.A.,     c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA, 981243978
11259790    Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
11259791    Citi Bank,   P.O. Box 6248,    Sioux Falls, SD  57117-6248
11259792   +Citi Select Card,    P.O. Box 6000,    The Lakes, NV 89163-0001
11259796  +++Dept of the Treasury Internal Revenue Service,      Centralized Insolvency Operations,
             PO Box 21126,    Philadelphia, PA 19114-0326
11259793   +GMAC,   P.O. Box 3100,    Midland, TX 79702-3100
11259797    National City,    P.O. Box 2349,    Kalamazoo, MI   49003-2349
11259798    Sears Credit Card,    P.O. Box 6922,    The Lakes, NV  88901-6922

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11259794*   +GMAC,   P.O. Box 3100,    Midland, TX 79702-3100
                                                                                                TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 29, 2008**          **Signature:** _Joseph Speetjens_